UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE SUBPOENA DUCES TECUM**:

SOUTHEAST FLOATING DOCKS, INC.,

      Plaintiff/Respondent in arbitration,

v.

BELLINGHAM MARINE and SULLIVAN
FLOTATION SYSTEMS, INC.,

      Defendants/Subpoenaed parties in arbitration.

_____/

CIVIL ACTION
No.

05  11303 EFH

MAGISTRATE JUDGE Alexander

RECEIPT # 65144
AMOUNT $ 250 + 100 Probac
SUMMONS ISSUED Yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. tom
DATE 6/22/05

### COMPLAINT TO ENFORCE ARBITRATION SUBPOENAS

      Plaintiff/Respondent in arbitration, Southeast Floating Docks, Inc. ("Southeast")

for its complaint against the Defendants/Subpoenaed Parties, Bellingham Marine, a

fictitious name owned by Florida Floats, Inc., Bellingham Marine Industries, Inc. and

Concrete Floatation Systems, Inc. (sic)(collectively "Bellingham") and Sullivan Flotation

Systems, Inc. and states:

### PRELIMINARY STATEMENT

    1.  This action is brought by Southeast to enforce subpoenas issued by Arbitrator

Anthony Cipriani in furtherance of an arbitration conducted under the auspices

of the American Arbitration Association administered from its Rhode Island

office, Case no. 11 110 02474 04, *AGM Marine Contractors, Inc. v. Southeast*

*Floating Docks, Inc.*

2. The arbitration is presently scheduled to commence **August 15, 2005,** and time is of the essence in procuring compliance with subpoenas issued to, and collectively ignored by, Defendants.

## JURISDICTION AND VENUE

3. This action is brought pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 7, which authorizes Plaintiff to petition the United States District Court to compel or punish Defendants for refusing to obey a subpoena issued by the Arbitrator.

4. Jurisdiction is proper in this Court under the FAA and given diversity of citizenship and an amount in controversy exceeding $75,000.00.  28 U.S.C. § 1332.

5. Pursuant to 9 U.S.C. § 7, this matter is properly venued in this Court as it is the judicial district in which the arbitration proceeding is filed.

## PARTIES

6. Southeast is a Florida corporation with its principal place of business in St. Augustine, Florida.

7. Bellingham Marine is a registered fictitious name owned by foreign corporations Florida Floats, Inc., Bellingham Marine Industries, Inc. and Concrete Floatation Systems, Inc. (sic), all of which are known and referred to as "Bellingham Marine." Concrete Floatation Systems, Inc. is a corporate entity that does not appear to presently exist in Pennsylvania, according to the

2

department of state.[1] At all times relevant, Bellingham was conducting business in Barnstable County, Provincetown, Massachusetts in providing services, materials, information, and opinions to the project known as the MacMillan Pier reconstruction. Bellingham was properly served with a subpoena for records, a copy of which subpoena and return of service is attached as Exhibit "A."

8. Sullivan Flotation Systems, Inc. ("Sullivan") is a New York corporation, properly served with the arbitrator's subpoena, a copy of which subpoena and return of service is attached as Exhibit "B." At all times relevant, Sullivan was conducting business in Barnstable County, Provincetown, Massachusetts in providing services and materials to the project known as the MacMillan Pier reconstruction.

## GENERAL ALLEGATIONS

9. Pursuant to a purchase order issued by petitioner in arbitration, AGM Marine Contractors, Inc. ("AGM"), Plaintiff manufactured concrete floating docks to design wave conditions specified by the project engineer. The commercial units were shipped by commercial carrier "F.O.B." jobsite, subject to bills of lading, and unloaded and installed by AGM at the MacMillan Pier reconstruction project. The Town of Provincetown, Massachusetts, owns the project.

---

[1] Plaintiff has served this action on Bellingham Marine in Pennsylvania and Florida Floats, Inc. d/b/a Bellingham Marine in Jacksonville, Florida, each of which branches of Bellingham Marine possess records responsive to Arbitrator Cipriani's subpoena.

10. The purchase order and attachments contained an arbitration provision and concerned interstate commerce as well as invoking Florida law in a choice of law provision. The certificate of substantial completion was issued on December 13, 2002. (Exhibit "C")

11. On December 6 and 7, 2003, a winter storm that resulted in conditions that exceeded the design parameters for the project damaged the concrete floating dock units supplied by Plaintiff.[2]

12. On October 29, 2004, AGM demanded arbitration alleging that funds expended based on its settlement agreement with the Town of Provincetown were due from Plaintiff.

13. Plaintiff subpoenaed various third parties for material information, including the Town of Provincetown, various engineering firms, data that is directly relevant to AGM's claim against plaintiff in regard to the floating docks. Plaintiff encountered a virtual conspiracy of silence in regard to its attempts to discover critical information to its defense of the AGM claim.[3]

14. In response to the Bellingham subpoena attached as Exhibit "A," Bellingham furnished a sum total of 2 pages of correspondence despite its having appeared

---

[2] The concrete floats were to sustain wave heights of 3.85' from one direction and 2.23' from the opposite direction. The design from the Town's engineers failed to account for actual conditions.

[3] Plaintiff attaches an Order entered by the Honorable Edward F. Harrington, District Court Judge, procured in a related enforcement action, case no. 1:05-CV-11039, *Southeast Floating Docks, Inc. v. Town of Provincetown, etc.* (Exhibit "D") As of weeks later, Plaintiff has been unable to enforce the Court' Order based on the obstructionist conduct of the Town's lawyer, making this enforcement action even more critical as the documents are otherwise (so far) unobtainable.

4

and advised the Town in regard to a wave attenuator and many other references to records from Bellingham, including records referencing Plaintiff. A copy is attached as Exhibit "E."

15. In response to the Sullivan subpoena attached as Exhibit "B," Sullivan expressly refused to provide information, despite Plaintiff's assurance that it did not seek trade secret communications. Sullivan's response is attached as Exhibit "F."

16. Neither Defendant provided a privilege log.

17. In seeking proof, Plaintiff subpoenaed Bellingham and Sullivan and it has done everything in its power to work out a resolution of the disagreement concerning the records subpoenaed, including protection for trade secrets such as vendor prices and estimating, without court intervention.

18. The subpoenas issued by Arbitrator Cipriani and served on Bellingham and Sullivan are valid and enforceable under federal law.

19. Bellingham and Sullivan willfully and knowingly disregarded the command of the subpoena and Plaintiff respectfully seeks an Order of enforcement.

20. Plaintiff is entitled to recover attorney's fees and costs from Bellingham and Sullivan. Fed. R. Civ. P. 37, 47, 54.

WHEREFORE, Plaintiff prays that the Court issue the following relief:

(a) That the Court issue a short order of notice to Defendants for them to show cause why Arbitrator Cipriani's subpoenas should not be complied with;

5

(b) That the Court schedule an expedited hearing on the merits within 14 days on Plaintiff's Complaint;

(c) That the Court order Defendants to fully comply with the subpoenas;

(d) That the Court award Plaintiff attorneys' fees and costs in having to file this Complaint; and,

(e) That the Court retain jurisdiction to enforce its Orders should Defendants fail and refuse to comply.

Dated: June 22, 2005.

SOUTHEAST FLOATING DOCKS, INC.,
By its attorneys,

David G. Hanrahan, BBO #220580
GILMAN, MCLAUGHLIN & HANRAHAN, LLP
101 Merrimac Street, Suite 800
P.O. Box 9601
Boston, Massachusetts 02114-9601
Telephone: 617-227-9999
Facsimile: 617-227-7177

-and-

Rosemary H. Hayes
Florida Bar No.: 549509
Tina L. Caraballo
Florida Bar No.: 0164275
HAYES & CARABALLO, P.L.
Post Office Box 547248
Orlando, Florida 32854-7248
Telephone: (407) 649-9974
Facsimile: (407) 649-9379
(Motion to appear *pro hac vice* pending)

EXHIBIT "A"

# The Arbitration Tribunals of the
# American Arbitration Association

In the Matter of the Arbitration between

AGM Marine Contractors, Inc.

v.

Southeast Floating Docks, Inc.

**Subpoena Duces Tecum**
**(Documents)**

FROM THE PEOPLE OF THE STATE OF    MASSACHUSETTS

to
Bellingham Marine Industries, Inc.
225 Hanover Road
York, PA 17404

GREETING:

WE COMMAND YOU that, all business and excuses being laid aside, you and each of you ~~appear and attend before~~

Produce all records shown on exhibit "A" within 15-days

, arbitrator(s)

acting under the arbitration law of this state, at

your offices, or alternatively, by U.S. Mail or Federal Express to the requesting attorney below. Copy costs and postage or Federal Express will be paid.

(address)

~~on the~~        ~~day of~~        ~~, 20~~        ~~, at~~        ~~o'clock, to testify and give evidence in a certain arbitration, then and there to be held between the above entitled parties, and that you bring with you and produce certain~~

now in your custody.

Signed: _Stepmon_ 4-8-05

Signed: _ANTHONY C. CIPRIANI_
Arbitrator(s)

Requested by: Southeast Floating Docks, Inc.

Rosemary Hayes, Esq.
Name of Representative
830 Lucerne Terrace

Address        Zip Code
Orlando, FL 32801

Telephone

Dated: April 5, 2005

Form G10 – 11/89

## EXHIBIT A
### (Bellingham Marine Industries, Inc.)

Regarding the Provincetown, Massachusetts dock system, please provide the following from January 1, 1999 to the present:

1. All communications with AGM Marine Contractors, Inc. ("AGM"), its employees agents, representatives, attorneys or assigns.
2. All communications with Provincetown, its employees agents, repetitive, attorneys, elected officials, appointed officials, or assigns.
3. All requests for proposal and responses, specifications requested and/or provided, estimates, purchase orders, warranties, unit pricing, requests for information and responses, design parameter, plans and any other similar documents.
4. Your bid, take off, or other method of determining price for the requested docks.

**NOTE: Please direct any questions concerning the requested documents to Rosemary H. Hayes, 407-649-9974 ext. 214 or via e-mail at rhayes@const-law.com. Please call our office for the federal express account number to facilitate receipt of the requested documents. Thank you for your assistance.**

AMERICAN ARBITRATION ASSOCIATION

AGM MARINE CONTRACTORS, INC.

SOUTHEAST FLOATING DOCKS, INC.

## RETURN OF SERVICE

I _Joann L. Myers_, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above captioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**For:** Rosemary H. Hayes

**Date Received:** 4/12/2005  2:00 PM

**Document(s):** Subpoena Duces Tecum

**Serve To:** BELLINGHAM MARINE INDUSTRIES, INC.

**Address:** 225 HANOVER RD., YORK, PA 17404

**Date Served:** _4/15/05_  **Time Served:** _3:02_  AM/PM

**Method of Service:** [ ] Individual [ ] Substitute [ ✓ ] Corporate [ ] Govt. Agency [ ] Posted [ ] Other [ ] Non-Served (explain)

**Person Served:** _ANDREW GISES_  **Capacity:** _SALES_

**Address:** _225 HANOVER RD. YORK PA 17404_

**Military Status:** [ ] N/A [ ✓ ] Not in Military [ ] Active Duty Military

**Comments:**

**Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true. Notary not required pursuant to F.S. 92.525**

(Sign and Print Name)          Executed On _4-15-05_
Joann L. Myers

Timely Services/Magic Process
P.O. Box 951828
Lake Mary, FL 32795-1828
(407) 925-5977

ID: 8482
Client Reference: None

# EXHIBIT "B"

# The Arbitration Tribunals of the
# American Arbitration Association

In the Matter of the Arbitration between

AGM Marine Contractors, Inc.

v.

Southeast Floating Docks, Inc.

**Subpoena Duces Tecum**
**(Documents)**

FROM THE PEOPLE OF THE STATE OF   MASSACHUSETTS

Sullivan Flotation Systems, Inc.
to    3 Chancellor Lane
Warwick, New York 10990

GREETING:

WE COMMAND YOU that, all business and excuses being laid aside, you and each of you ~~appear~~
~~and attend before~~
Produce all records shown on exhibit "A" within 15-days

, arbitrator(s)

acting under the arbitration law of this state, at

your offices  or alternatively, by U.S. Mail or Federal Express to the requesting attorney below. Copy costs and postage or Federal Express  will be
paid.

(address)

~~on the~~            ~~day of~~            ~~,20~~      ~~, at~~            ~~o'clock, to testify and~~
~~give evidence in a certain arbitration, then and there to  be held between the above entitled parties, and~~
~~that you bring with you and produce certain~~

now in your custody.

Signed: _Anthony Cipriani_    4-8-05

Signed: _ANTHONY CIPRIANI_
                              Arbitrator(s).

Requested by: Southeast Floating Docks, Inc.

Rosemary Hayes, Esq.
                Name of Representative
830 Lucerne Terrace

Address                                          Zip Code
Orlando, FL 32801

                Telephone

Dated: April 5, 2005

Form G10 –11/89

## EXHIBIT A
### (Sullivan Flotation Systems, Inc.)

Regarding the Provincetown, Massachusetts dock system, please provide the following from January 1, 1999 to the present:

1. All communications with AGM Marine Contractors, Inc. ("AGM"), its employees agents, representatives, attorneys or assigns.
2. All communications with Provincetown, its employees agents, representatives, attorneys, elected officials, appointed officials, or assigns.
3. All communications with Bellingham Marine, its employees agents, representatives, attorneys or assigns.
4. All requests for proposal and responses, specifications requested and/or provided, estimates, purchase orders, warranties, unit pricing, requests for information and responses, design parameter, plans and any other similar documents.
5. Your bid, take off, or other method of determining price for the requested docks.

**NOTE:  Please direct any questions concerning the requested documents to Rosemary H. Hayes, 407-649-9974 ext. 214 or via e-mail at rhayes@const-law.com.  Please call our office for the federal express account number to facilitate receipt of the requested documents.  Thank you for your assistance.**

**ARBITRATION TRIBUNALS    AMERICAN ARBITRATION ASSOCIATION**

**COUNTY OF**

IN THE MATTER OF THE ARBITRATION BETWEEN AGM MARINE
CONTRACTORS, INC.

- AGAINST -

Plaintiff(s)/Petitioners(s)

SOUTHEAST FLOATING DOCKS, INC.

Defendants(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

ATTORNEY:  **MAGIC PROCESS**
FF/INDEX #:
DATE FILED:
DOCKET #:

COURT D/T:
AMOUNT:

STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER
THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on  **APRIL 16, 2005**          at **12:05 PM**  at  **3 CHANCELLOR LANE, WARWICK, NY 10990**

deponent served the within  **SUBPOENA DUCES TECUM AND EXHIBIT A**

on  **SULLIVAN FLOTATION SYSTEMS, INC.**                                                                                                                therein named

**CORPORATION**    ☑  By delivering to and leaving with   **STEVE SULLIVAN**                                          and that he knew the person
so served to be the  **OFFICER**                                                                of the corporation, and authorized to accept service.

☐  AND AT THE SAME TIME PAYING IN ADVANCE          **$0.00**               THE AUTHORIZED FEE

**DESCRIPTION**        Deponent describes the individual served as follows:

**MALE    WHITE SKIN    RED HAIR    40-45 YRS    5'5"-5'6"    160-170 LBS**

Other identifying features:

Sworn to before me on:   **APRIL 18, 2005**

RUBEN RIESGO

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20__
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958

# EXHIBIT "C"

é3 '02   04:29PM

# CERTIFICATE OF SUBSTANTIAL COMPLETION

TO: AGM Marine, Inc.

Contractor

Description of Project: Mac Millan Pier Reconstruction

Pursuant to the General, Supplementary, and Special Conditions of the Contract Documents relative to Partial or Total Occupancy, you are hereby notified that Fay Spoffard & Thorndike has satisfied itself that the portion(s) of the above mentioned project, as hereinafter enumerated, is (are) ready for use and or occupancy.

102.000 Square Feet of Newly Constructed Deck

The Town, through its undersigned representative hereby accepts from the Contractor, subject to contract stipulations, said portion(s) of the Project, effective 12:00 Noon on:

INSERT DATE: ☞ the 13th day of December 2002.

The Use or Occupancy of the premises or portion(s) of this project by the Owner shall **not**:
- constitute acceptance of any Work not performed in accordance with the Contract Documents;
- relieve the Contractor of the liability to perform any Work required by the Contract but not completed at the time of Use and or Occupancy; nor
- relieve the Contractor of liabilities with respect to any express warranties or guarantees required by the Contract.

Approved: Engineer                          Reviewed: Dept of Public Works
Firm: Fay Spoffard & Thorndike, Inc.
By: Dan Harvie                              By: O.B.B. Ph
Date: December 13, 2002                      Date: December 13, 2002
Accepted: Contractor
Firm: AGM Marine, Inc.
By:                                         Copy: Building Committee
Date: December 13, 2002

# EXHIBIT "D"

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,
              Plaintiff

            v.                                                      CIVIL ACTION NO.:
                                              05-10039-EFH

AGM MARINE CONTRACTORS, INC.,
ET AL.,
              Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

June 2, 2005

HARRINGTON, S.D.J.

       After a hearing conducted on June 1, 2005, the Court orders the dismissal of the

Complaint to Stay Arbitration Proceeding and Enforce Arbitration Subpoenas.

       This dismissal is conditioned upon the Town of Provincetown complying with its

representation to the Court, and the Town of Provincetown is ordered to so comply, that it

would provide the Plaintiff Southeast Floating Docks, Inc., access to such of its subpoenaed

documents that are not covered by the attorney-client privilege.

       SO ORDERED.

                              /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge

# EXHIBIT "E"



JOHN C. THEISS
(206) 903-2392
FAX (206) 903-8820
theiss.john@dorsey.com

April 20, 2005

**VIA FEDERAL EXPRESS**

Julie Malloy
Case Manager
American Arbitration Association
950 Warren Ave.
East Providence, RI  02914

Rosemary Hayes, Esq.
830 Lucerne Terrace
Orlando, FL  32801

> Re:    AGM Marine Contractors, Inc. v. Southeast Floating Docks, Inc.
>          AAA# 11-110-2474-04

Dear Ladies:

Please find enclosed our Response of Bellingham Marine Industries, Inc. to Subpoena
Duces Tecum, dated April 8, 2005.

Sincerely,

DORSEY & WHITNEY LLP

John C. Theiss

Enclosures



1

2

3

4

5

6
THE ARBITRATION TRIBUNALS OF THE
AMERICAN ARBITRATION ASSOCIATION

7

8   AGM Marine Contractors, Inc. )
                              )
9            Plaintiff,       )   NO. 11-110-2474-04
                              )
        vs.                   )   RESPONSE OF BELLINGHAM MARINE
10  Southeast Floating Docks, Inc. )   INDUSTRIES, INC. TO SUBPOENA
                              )   DUCES TECUM
11           Defendant.       )
    _____)

12
    TO:    Southeast Floating Docks, Inc.
13         C/O Rosemary Hayes, Esq.
           830 Lucerne Terrace
14         Orlando, FL 32801

15         After conducting a diligent search for responsive documents, Bellingham Marine

16
    Industries, Inc. states that it has no documents in its custody responsive to the attached Subpoena
17
    Duces Tecum dated April 8, 2005.
18

19

20
           DATED this 20th day of April, 2005.
21                                          DORSEY & WHITNEY LLP

22

23

24                                          JOHN C. THEISS, WSBA# 24488
                                            ATTORNEYS FOR BELLINGHAM MARINE INDUSTRIES, INC.
25

-1-

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

COPY

04/20/2005 10:33 IFAX fax.cent  .se@dorsey.com                                    002/004
04/20/2005  10:41   3607342../          BELLINGHAM MARINE _N                 PAGE  02/04
HMR 15 2005 16:32  FR                   7177939521 TO BELLINGHAM              P.02/03

# The Arbitration Tribunals of the
## American Arbitration Association

In the Matter of the Arbitration between

AGM Marine Contractors, Inc.

v.

Southeast Floating Docks, Inc.

**Subpoena Duces Tecum**
(Documents)

FROM THE PEOPLE OF THE STATE OF  MASSACHUSETTS

Bellingham Marine Industries, Inc.
to    225 Hanover Road
      York, PA 17404

GREETING:

WE COMMAND YOU that, all business and excuses being laid aside, you and each of you ~~appear and attend before~~

Produce all records shown on exhibit "A" within 15-days

, arbitrator(s)

acting under the arbitration law of this state, at

your offices, or alternatively, by U.S. Mail or Federal Express to the requesting attorney below. Copy costs and postage or Federal Express will be paid.

_____  (address)

~~on the        day of       ,20    , at              o'clock, to testify and
give evidence in a certain arbitration, then and there to be held between the above entitled parties, and
that you bring with you and produce certain~~

now in your custody.

Signed: _____ 4-5-05

Signed: _A:NTHONY CIPRIANI_
                              Arbitrator(s)

Requested by: _Southeast Floating Docks, Inc._

____Rosemary Hayes, Esq.____
              Name of Representative
     830 Lucerne Terrace
_____
Address                              Zip Code
     Orlando, FL 32801
_____
              Telephone

Dated: _April 5, 2005_

Form G10 – 11/89



04/20/2005 10:33 IFAX fax.cent se@dorsey.com      x    003/004
04/20/2005 10:41  36073424.                     BELLINGHAM MARINE ...    PAGE  03/04
APR 19 2005 16:52 FR                            7177938521 TO BELLINGHAM   P.03/03

## EXHIBIT A
### (Bellingham Marine Industries, Inc.)

Regarding the Provincetown, Massachusetts dock system, please provide the following from January 1, 1999 to the present:

1. All communications with AGM Marine Contractors, Inc. ("AGM"), its employees agents, representatives, attorneys or assigns.
2. All communications with Provincetown, its employees agents, repetitive, attorneys, elected officials, appointed officials, or assigns.
3. All requests for proposal and responses, specifications requested and/or provided, estimates, purchase orders, warranties, unit pricing, requests for information and responses, design parameter, plans and any other similar documents.
4. Your bid, take off, or other method of determining price for the requested docks.

**NOTE: Please direct any questions concerning the requested documents to Rosemary H. Hayes, 407-649-9974 ext. 214 or via e-mail at rhayes@const-law.com. Please call our office for the federal express account number to facilitate receipt of the requested documents. Thank you for your assistance.**



DORSEY & WHITNEY LLP

JOHN C. THEISS
(206) 903-2392
FAX (206) 903-8820
theiss.john@dorsey.com

June 8, 2005

**VIA FACSIMILE AND POSTAL SERVICE**

Rosemary Hayes
Hayes & Caraballo, P.L.
830 Lucerne Terrace
Orlando, FL 32854

Re:    *AGM Marine Contractors, Inc. v. Southeast Floating Docks, Inc.*

Dear Ms. Hayes:

I respond to your letter faxed to me on June 7, 2005. It certainly would be a simple matter if your firm would bother to return any of my phone calls.

As I would have explained, Bellingham Marine located two letters sent from Pennsylvania a few days before the subpoena date. The first letter is dated March 29th, 2005, a copy of which you have. A copy of the second letter is attached hereto, and is dated March 28th, 2005.

Sincerely,

DORSEY & WHITNEY LLP

John C. Theiss

06/08/2005 14:03 IFAX fax.central.se@dorsey.com                    @004/004
06/08/2005  14:11   3687342417              BELLINGHAM MARINE IN        PAGE  04/04
MAY 24 2005 14:52  FR                       7177538521 TO BELLINGHAM    P.03/03
MAR-29-2005 14:39 From:                              To 7177538521      P.1/1



**MARINE CONTRACTORS, INC.**
30 Soho Rd., Mashpee, MA 02649
508-477-8801   FAX 508-477-8804



March 28, 2005

Mr. John Colonel
Bellingham Marine
256 Hanover Rd.
York, PA 17404

Ref.:  Provincetown Floats

Subject:  Concrete Float Modules

Dear Sir:

    Can you please provide a price to fabricate and deliver the following to Provincetown, MA:

        4 each 7' x 12' Floats (Double Rods)
        Floats # MA20, MA21, MA22 and MB27 as shown on the shop
        drawings prepared by South East Floating Docks, which were
        sent to you previously.

        192 LF of 4" x 12" walers (drilled to match float holes)

    We would need the material in early May, if possible.  Thank you for your assistance with this project.  We look forward to hearing from you.

Respectfully submitted,

AGM Marine Contractors, Inc.

John Mikutowicz, President

JM/sg

equal opportunity employer

**TOTAL PAGE.03**

# EXHIBIT "F"



RECEIVED JUN 1 7 2005

June 17, 2005

Rosemary Hayes
Hayes & Caraballo, P.L.
P.O. Box 547248
830 Lucerne Terrace
Orlando, FL  32801

Re:  Southeast docks/AGM-  Provincetown, MA

Dear Ms. Hayes:

Attached is a copy of the purchase order between Sullivan Flotation Systems, Inc. and AGM for docks delivered in May and June 2005 to MacMillan Pier, Provincetown, Massachusetts.

This confirms to you the cost of the docks as AGM has already provided to you.  No other information from Sullivan Flotation Systems, Inc. is relevant to your case and further is confidential since your client is a direct competitor of this company.

Finally, we have no relationship or contact with Bellingham Marine. They are also a direct competitor of this company.

Sincerely,
Sullivan Flotation Systems, Inc.

Robert M. Sullivan
Vice President

RMS:nak

cc; AGM Marine

05/17/2005  15:35    845986  ...1            SULLIVAN FLOTAT.                    PAGE  02



**marine contractors, inc.**
30 echo road
mashpee, ma 02649
tel. 508/477/8801  fax 508/477/8804

| | |
|---|---|
| | PURCHASE ORDER#: **72400-63.89** |

THIS ORDER NUMBER MUST APPEAR ON ALL PAPERS AND
PACKAGES THAT ARE RELATIVE TO THIS ORDER.

0001                                    DIRECT

B
I    AGM MARINE
L    CONTRACTORS, INC.
L    30 ECHO ROAD
T    MASHPEE,  MA  02649
O

HEAVY DUTY FLOATS

V    126075
E    SULLIVAN FLOATATION
N    SYSTEMS, INC.
D    P.O. BOX 639
O    WARWICK, NY  10990
R

S    072400
H    MacMillan Pier
I    Lopes Square
P    Provincetown,Ma 02657
T
O

| ORDER DATE | SHIP VIA | | | | | | | | ASAP |
|---|---|---|---|---|---|---|---|---|---|
| 02/24/05 | YOUR TRUCK | JOBSITE | | Net  30 | | | | | ASAP |

| ITEM NUMBER | QUANTITY | DESCRIPTION | UNIT COST | | |
|---|---|---|---|---|---|
| A | 21.00 | | 4591.429 | EA | 96420.0 |
| B | 1680.00 | WHITE VINYL DOCK BUMPER | 2.25000 | LF | 3780.0 |
| C | 21.00 | | 200.0000 | EA | 4200.0 |
| D | 21.00 | | 175.0000 | EA | 3675.0 |
| E | -1.00 | | 2000.000 | EA | -2000.0 |

SYSTEM TYPE: HEAVY DUTY SULL                    /SFT LIVELOA

PRICE INCLUDES:
- FREIGHT TO SITE, PURCHASE
- ALL DOCKS DELIVERED COMP                    ATION
- 12" GALVANIZED MOORING                       ARE
- THE LARGEST UTILITY RACE
- UTILITY ACCESS PANELS                         TER
- HIGH IMPACT RESISTANT PO                     M CORE
- GRADE #1, 2" x 6" DECK
- MECHANICALLY LAMINATED
- STEEL CROSS BRACES FULL                       CENTER TO CENTER
- ALL FINGER AND PILE LOCA
- ANTI-TORSION TRUSS SYSTE
- SUBMITTAL AND ENGINEER

10% DUE UPON SIGNING OF CONTR                 AFTER DELIVERY

THIS PROJECT IS TAX EXEMPT.                     IS ENCLOSED.
CERTIFICATES OF COMPLIANCE M                    FINAL PAYMENT
ANY MATERIALS TO BE USED ON                    MATERIAL SAFETY
DATA SHEETS (MSDS) MUST BE A                    WHEN DELIVERED
TO THE SITE, WITH A COPY SENT                   TO THE MAT

                                       Total Amt  106075.0

**CONDITIONS**

1. Vendor's Acceptance of this order is hereby made expressly conditional upon its assent to and acceptance of all terms and conditions on the front and reverse sides of this purchase order and any additional or different terms and conditions proposed by Vendor are expressly rejected.

2. This Purchase Order must be executed and returned to Vendee within ten days after the date it was mailed to the Vendor and if in the event that it is not returned, Vendor agrees to be bound by the terms at the exertion of Vendee.

3. Delivery shall be ex-truck job site unless otherwise designated in the Purchase Order.

**ADDITIONAL CONDITIONS ON REVERSE SIDE**

John Mikutowicz

VENDEE

VENDOR

N

Form ST-5C    **THE COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF CORPORATIONS AND TAXATION**
**SALES AND USE TAX BUREAU**

## CONTRACTOR'S EXEMPT PURCHASE CERTIFICATE

To:    Seller's
       Name:_____Sullivan Floatation Systems, Inc._____

       Address:_____P.O. Box 639, Warwick, NY 10990_____

        I hereby certify under penalties of perjury that I am engaged in the performance of the following described contract for the construction, reconstruction, alteration, remodeling or repair for a building or structure for an exempt government agency or for a certified exempt organization; and that the following described quantities of building materials and supplies are being purchased for use exclusively in said contract:

Name of Exempt Agency
Or Organization: Town of Provincetown_____

Address:_____260 Commercial St., Provincetown, MA 02657_____

Exemption No:__046-001-274_____        Contract No: _____TP-090A_____

Date of Contract: ____10/16/00_____     Est. Date of Completion:____6/30/05_____

Location and Description of Project: _____

_____Provincetown, MA – MacMillan Pier Reconstruction_____

Description of Kind and Quantity of Property to be Purchased:_____

_____Floats and associated hardware_____

        To the best of my knowledge and belief, building materials and supplies used in said contract are exempt form the sales and use tax under the provisions of Subsections 6(f) of Section 1 of Chapter 12 of the Acts of 1966. I will maintain adequate records to show the disposition of all building materials and supplies purchased under this certificate. I hereby assume full liability for the payment of any use tax due in the event that the property purchased under this certificate is used for any other purpose.

Signature:_____          Title: __PRESIDENT____

Name of Firm:_____AGM Marine Contractor's Inc._____

Address:_____30 Echo Road, Mashpee, MA 02649_____

Date:__2/24/05_____        Registration No:____04-2617091_____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)_____Southeast Floating Docks, Inc. v. Bellingham Marine_____

_____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

|   | I. | 160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT. |
|---|---|---|
|   | II. | 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases |
| ✔ | III. | 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891. |
|   | IV. | 220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900. |
|   | V. | 150, 152, 153. |

3. Title and number, if any, of related cases.  (See local rule 40.1(g)).  If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   American Home Assurance Company v. AGM Marine Contractors, Inc. #04-11382-EFH

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                  YES [ ]     NO [✔]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                                                  YES [ ]     NO [✔]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                  YES [ ]     NO [✔]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                  YES [ ]     NO [ ]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                  YES [ ]     NO [✔]

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division [ ]     Central Division [ ]     Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division [✔]     Central Division [ ]     Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court?  (If yes, submit a separate sheet identifying the motions)

                                                  YES [ ]     NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME  David Hanrahan

ADDRESS  P.O. Box 9601, Boston, MA 02114-9601

TELEPHONE NO.  (617) 227-9999

(CategoryForm.wpd  - 5/2/05)

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**Southeast Floating Docks, Inc.**

## DEFENDANTS

**Bellingham Marine and Sullivan Flotation Systems, Inc.**

(b) County of Residence of First Listed Plaintiff    **St. Johns, FL**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    **York, PA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

**Gilman, McLaughlin & Hanrahan, LLP, P.O. Box 9601, Boston, MA 02114-9601 (617) 227-9999**

Attorneys (If Known)

**Unknown**

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff and One Box for Defendant) |
|---|---|

(For Diversity Cases Only)

|  |  |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ❏ 1 U.S. Government Plaintiff | ❏ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ☒ 4 |
| ❏ 2 U.S. Government Defendant | ☒ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ❏ 5 |
|  |  | Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>☒ 190 Other Contract<br>❏ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>❏ 360 Other Personal Injury | **PERSONAL INJURY**<br>❏ 362 Personal Injury - Med. Malpractice<br>❏ 365 Personal Injury - Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 610 Agriculture<br>❏ 620 Other Food & Drug<br>❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 630 Liquor Laws<br>❏ 640 R.R. & Truck<br>❏ 650 Airline Regs.<br>❏ 660 Occupational Safety/Health<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark | ❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 810 Selective Service<br>❏ 850 Securities/Commodities/ Exchange |
| | | | **LABOR** | **SOCIAL SECURITY** | ❏ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Mgmt. Relations<br>❏ 730 Labor/Mgmt. Reporting & Disclosure Act<br>❏ 740 Railway Labor Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Empl. Ret. Inc. Security Act | ❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 892 Economic Stabilization Act<br>❏ 893 Environmental Matters<br>❏ 894 Energy Allocation Act<br>❏ 895 Freedom of Information Act<br>❏ 900 Appeal of Fee Determination Under Equal Access to Justice<br>❏ 950 Constitutionality of State Statutes |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | ❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 444 Welfare<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 440 Other Civil Rights | ❏ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>❏ 530 General<br>❏ 535 Death Penalty<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| ☒ 1 Original Proceeding | ❏ 2 Removed from State Court | ❏ 3 Remanded from Appellate Court | ❏ 4 Reinstated or Reopened | ❏ 5 Transferred from another district (specify) | ❏ 6 Multidistrict Litigation | ❏ 7 Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**9 U.S.C. sec. 7**
Brief description of cause:
**Complaint to Stay Arbitration and Enforce Subpoenas**

| VII. REQUESTED IN COMPLAINT: | ❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint:<br>JURY DEMAND:  ❏ Yes  ☒ No |
|---|---|---|---|

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE **Honorable Edward F. Harrington**    DOCKET NUMBER **04-11382-EFH**

DATE
June 22, 2005

SIGNATURE OF ATTORNEY OF RECORD
*Karel P. J. Henraken*

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____