UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE SUBPEONA DUCES TECUM**:

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff/Respondent in arbitration,    CIVIL ACTION
                                              NO.:

v.

                                                  **05  11303 EFH**

BELLINGHAM MARINE and SULLIVAN
FLOATATION SYSTEMS, INC.,

    Defendants/Subpoenaed parties in arbitration.
_____/

**CERTIFICATE IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE-
TINA L. CARABALLO**

    Pursuant to LR. 83.5.3, Tina L. Caraballo moves for leave to appear before this Court in the above styled case on behalf of the Plaintiff. Tina L. Caraballo is a member of the bar of the United States District Court for the Middle District of Florida and a certificate of good standing is attached hereto. She further certifies the following:

1. She is a member of the bar in good standing in every jurisdiction where she has been admitted to practice.

2. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

3. She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. My application for leave to practice in this Court is on motion of a member of the bar of this Court, who filed an appearance.

5. A certificate of good standing from the United States District Court for the Middle District of Florida is attached.

>*[signature]*
>
>Tina L. Caraballo
>Florida Bar No.: 0164275
>Hayes & Caraballo, P.L.
>Post Office Box 547248
>Orlando, Florida 32854
>Telephone: 407-649-9974
>Facsimile: 407-649-9379
>Attorneys for Plaintiff

2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

**CERTIFICATE OF GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

**TINA L. CARABALLO**, Bar # **0164275**,

was duly admitted to practice in this Court on

**MAY 18, 1999**

and is in good standing as a member of the Bar of this Court.

Dated at Orlando, Florida, on June 20, 2005.

SHERYL L. LOESCH
Clerk

Deputy Clerk