UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE SUBPOENA DUCES TECUM**:

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff/Respondent in arbitration,

v.

BELLINGHAM MARINE and SULLIVAN
FLOTATION SYSTEMS, INC.,

    Defendants/Subpoenaed parties in arbitration.

CIVIL ACTION NO.: 05 11303 EFH

FEE PAID: 5146
RECEIPT #
AMOUNT $
BY DEPUTY CLK

**MOTION FOR THE ADMISSION *PRO HAC VICE* OF ROSEMARY H. HAYES
AND TINA L. CARABALLO AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 83.5.3, the undersigned counsel, David G. Hanrahan, a member of good standing of the bar of the United States District Court for the District of Massachusetts, moves that Rosemary H. Hayes and Tina L. Caraballo, both of the bar of the United States District Court for the Middle District of Florida be admitted in this action *pro hac vice* as counsel for Plaintiff, Southeast Floating Docks, Inc. In support of this Motion, Attorneys Hayes and Caraballo file and attach hereto their Certifications under Local Rule 83.5.3. Attorneys Hayes and Caraballo are national counsel to the Plaintiff, representing it in the underlying arbitration proceeding, and thus, participation in this matter will advance the process, reduce the cost of this action to the Plaintiff and serve the interest of justice.

Respectfully submitted,<br>
SOUTHEAST FLOATING DOCKS, INC.,<br>
By its attorneys,

David G. Hanrahan, Esq. (BBO # 220580)
Richard D. Vetstein, Esq. (BBO # 637681)
GILMAN, MCLAUGHLIN & HANRAHAN, LLP
P.O. Box 9601
Boston, Massachusetts 02114-9601
Telephone: 617-227-9999
Facsimile: 617-227-7177

Dated: June 22, 2005

## Local Rule 7.1 Certification

The undersigned certifies that since this motion is filed simultaneously with the filing of the complaint and the defendants have not answered the complaint, it is impossible to attempt to confer regarding the issues raised by this motion.

David G. Hanrahan, Esq.