UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE SUBPEONA DUCES TECUM**:

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff/Respondent in arbitration,

v.

BELLINGHAM MARINE and SULLIVAN
FLOTATION SYSTEMS, INC.,

    Defendants/Subpoenaed parties in arbitration.
_____/

CIVIL ACTION NO.: 05 11303 EFH 

**CERTIFICATE IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*-
ROSEMARY H. HAYES**

Pursuant to LR. 83.5.3, Rosemary H. Hayes moves for leave to appear before this Court in the above styled case on behalf of the Plaintiff. Rosemary H. Hayes is a member of the bar of the United States District Court for the Middle District of Florida and a certificate of good standing is attached hereto. She further certifies the following:

1. She is a member of the bar in good standing in every jurisdiction where she has been admitted to practice.

2. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

3. She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. My application for leave to practice in this Court is on motion of a member of the bar of this Court, who filed an appearance.

2

5. A certificate of good standing from the United States District Court for the Middle District of Florida is attached.

/s/ Rosemary H. Hayes
Rosemary H. Hayes
Florida Bar No.: 549509
Hayes & Caraballo, P.L.
Post Office Box 547248
Orlando, Florida 32854
Telephone: 407-649-9974
Facsimile: 407-649-9379
Attorneys for Plaintiff

2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

**ROSEMARY HANNA HAYES, Bar # 0549509,**

was duly admitted to practice in this Court on

**OCTOBER 28, 1986**

and is in good standing as a member of the Bar of this Court.

Dated at Orlando, Florida, on June 20, 2005.

SHERYL L. LOESCH
Clerk

Deputy Clerk