UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE SUBPOENA DUCES TECUM**:

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff/Respondent in arbitration,

CIVIL ACTION NO.: 05 11303 EFH

v.

BELLINGHAM MARINE and SULLIVAN
FLOTATION SYSTEMS, INC.,

    Defendants/Subpoenaed parties in arbitration.

_____/

**PLAINTIFF'S MOTION FOR SHORT ORDER OF NOTICE**

Plaintiff, Southeast Floating Docks, Inc. ("Southeast"), moves for a short order of notice on its request for a hearing on the merits on its Complaint. As ground for this Motion, Southeast states the following:

1. This action is brought by Southeast pursuant to the Federal Arbitration Act, 9 U.S.C. § 7 against Defendants, Bellingham Marine ("Bellingham") and Sullivan Flotation Systems, Inc. ("Sullivan").

2. In connection with the Arbitration, Bellingham was served with a request for production of documents, but has only produced 1 document of 2 it claims to exist, initially claiming it had no documents. The general contractor/petitioner in arbitration, who is not a party to this suit, claims reimbursement for a breakwater, floats and related accoutrements supplied by Bellingham.

3. Sullivan was also served with a request for production of documents, but refuses to produce any document other than a purchase order. Southeast appreciates the

concern for trade secret information and agreed to redaction of information to protect such secrets, but Sullivan flatly denies to produce any other documents.

4. The arbitration, originally scheduled for June 20, 2005, was delayed until August 15, 2005, due to Plaintiff's efforts in enforcing subpoenas issued by the arbitrator. The short time frame before the final hearing and the likely need for evaluation of privileges and contempt proceedings, Southeast requests the Court issue a short order of notice scheduling a hearing on the merits within 14 days. Granting a short order of notice will facilitate the speedy and orderly disposition of this action, and will enable the Defendants to receive proper and adequate notice of these proceedings.

WHEREFORE, Southeast respectfully requests that this Court issue a short order of notice to the Defendants for them to show cause why the arbitration subpoenas should not be complied with and schedule a hearing on the merits of Southeast's Complaint within 14 days at which time Defendants' answers shall be filed.

                                              Respectfully submitted,
                                              SOUTHEAST FLOATING DOCKS, INC.,
                                              By its attorneys,

                                              /s/ *[signature]*
                                              David G. Hanrahan, Esq. (BBO # 220580)
                                              Richard D. Vetstein, Esq. (BBO # 637681)
                                              GILMAN, MCLAUGHLIN & HANRAHAN, LLP
                                              P.O. Box 9601
                                              Boston, Massachusetts 02114-9601
                                              Telephone: 617-227-9999
                                              Facsimile: 617-227-7177

Dated: June 22, 2005

## Local Rule 7.1 Certification

The undersigned certifies that since this motion is filed simultaneously with the filing of the complaint and the defendants have not answered the complaint, it is impossible to attempt to confer regarding the issues raised by this motion.

_____
David G. Hanrahan, Esq.