# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * *

SOUTHEAST FLOATING DOCKS, INC.,
                        Plaintiff

            v.                                   CIVIL ACTION NO.:
                                               05-11303-EFH

AGM MARINE CONTRACTORS, INC.,
ET AL.,
                        Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

June 29, 2005

HARRINGTON, S.D.J.

      The Court grants Plaintiff's Motion for Short Order of Notice.  A hearing is scheduled for

**Thursday, July 7, 2005**, at 10:00 A.M. in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                             /s/ Edward F. Harrington
                             EDWARD F. HARRINGTON
                             United States Senior District Judge