

July 6, 2005

Honorable Edward F. Harrington
United States District Court
District of Massachusetts

Re: Civil Action No: 05-11303-EPH
Southeast Floating Docks, Inc. vs.
Sullivan Flotation Systems, Inc.

Your Honor:

I received the attached order on Friday July 1, 2005 at approximately 4:00 p.m. I am requesting a delay of the hearing so I can locate an attorney in Boston. Our firm is a small family owned business in New York State (30 +/- employees) not experienced in these matters. We do not have any presence in Massachusetts. Orders are placed directly to our New York factory.

The plaintiff is a direct competitor of Sullivan. This is a dispute regarding what additional information should be provided. Sullivan had responded to the subpoena and provided documents. The complaint filed incorrectly states Sullivan expressly refused to provide information. I have contacted the Plaintiff's Florida attorney to try to work out an acceptable arrangement regarding confidential information to resolve this matter. They have not returned my calls.

Sincerely,
Sullivan Flotation Systems, Inc.

Robert M. Sullivan
Vice President

RMS:nak

*7-7-05*
*Request is allowed*
*Case continued*
*to 7-19-05*
*at 11:00 A.M.*
*Edward F. Harrington, S.D.J.*

P.O. BOX 639 | KINGS HIGHWAY | WARWICK, NY 10990 | (PH) 845 986 7377 | (FX) 845 986 6531 | WWW.SULLFLOAT.COM