# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,
                Plaintiff

            v.                                CIVIL ACTION NO.:
                                                05-11303-EFH

AGM MARINE CONTRACTORS, INC.,
ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

July 7, 2005

HARRINGTON, S.D.J.

      A hearing on Plaintiff's Motion for Short Order of Notice is re-scheduled for **Tuesday, July 19, 2005**, at 11:00 A.M. in Courtroom No. 13 on the Fifth Floor.

      SO ORDERED.

                                              /s/ Edward F. Harrington
                                              EDWARD F. HARRINGTON
                                              United States Senior District Judge