AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

Southeast Floating Docks, Inc.

v.

Bellingham Marine and Sullivan Flotation Systems, Inc.

**APPEARANCE**

Case Number: 05-11303-EFH

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bellingham Marine

I certify that I am admitted to practice in this court.

July 7, 2005
Date

_Matthew C. Hurley_
Signature

Matthew C. Hurley — 643638
Print Name — Bar Number

Mintz Levin et al.
One Financial Center
Address

Boston   MA   02111
City   State   Zip Code

617-348-4939   617-542-2241
Phone Number   Fax Number

mhurley@mintz.com