%AO 440 (Rev. 8/01) Summons in a Civil Action

05 11303 H

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 1, 2005 12:35 pm |
| NAME OF SERVER *(PRINT)* William Mock | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint _____

☐ Returned _____

☒ Other   Corporate service on Vicia Fountain as office Manager

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   7-5-05
           Date            Signature of Server

P.O. Box 951929, Lake Mary, FL 32795
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC., Plaintiff,

v.

BELLINGHAM MARINE, Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NO:

## 05  11303 EFH

TO: (Name and address of Defendant)

BELLINGHAM MARINE
C/O FLORIDA FLOATS, INC.
1813 DENNIS STREET
JACKSONVILLE, FL 32204 US

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rosemary H. Hayes
Florida Bar No.: 549509
Tina L. Caraballo
Florida Bar No.: 0164275
HAYES & CARABALLO, P.L.
Post Office Box 547248
Orlando, Florida 32854-7248
Telephone: (407) 649-9974
Facsimile: (407) 649-9379

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 2 2005

*Stamped "ORIGINAL"; United States District Court, District of Massachusetts seal.*

%AO 440 (Rev. 8/01) Summons in a Civil Action

05  11303 EFH

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 1, 2005  3:20 PM  (1520 hours) |
| NAME OF SERVER (PRINT) Robert E. McCaleb, II | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where 225 Hanover Rd., York, PA. 17404
Served Michelle Laughman - Office Manager

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint Michelle Laughman, Office Manager

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed July 1, 2005
Date

Signature of Server: Robert E. McCaleb, II

Address of Server: 533 South Baltimore St, Dillsburg, PA. 17019

ORIGINAL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC., Plaintiff,

v.

BELLINGHAM MARINE, Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NO:

05 11303 EFH

TO: (Name and address of Defendant)

Bellingham Marine
c/o Concrete Floatation Systems, Inc.
225 Hanover Road
York, PA 17404

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rosemary H. Hayes
Florida Bar No.: 549509
Tina L. Caraballo
Florida Bar No.: 0164275
HAYES & CARABALLO, P.L.
Post Office Box 547248
Orlando, Florida 32854-7248
Telephone: (407) 649-9974
Facsimile: (407) 649-9379

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: JUN 2 2 2005