≋AO 440 (Rev. 8/01) Summons in a Civil Action

**05  11303 EFH**

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  7/1/05 at 3:15pm |
| NAME OF SERVER (PRINT)  Ruben Riesgo | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where 3 Chancellor Lane, Warwick, NY 10990 by serving Robert Sullivan - Vice President

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint _____

☐ Returned _____

☐ Other _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed  7/5/05
           Date

Signature of Server

26 Scotchtown Ave, Goshen, NY 10924
Address of Server

JO-ANN JOHNSON
Notary Public, State Of New York
No. 01JO5031856
Qualified In Orange County
Commission Expires August 15, 20 06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC., Plaintiff,

v.

SULLIVAN FLOTATION SYSTEMS, INC., Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NO:

05  11303 EFH

TO: (Name and address of Defendant)

SULLIVAN FLOTATION SYSTEMS, INC.
PO BOX 639
KINGS HIGHWAY
WARWICK, NEW YORK, 10990

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rosemary H. Hayes
Florida Bar No.: 549509
Tina L. Caraballo
Florida Bar No.: 0164275
HAYES & CARABALLO, P.L.
Post Office Box 547248
Orlando, Florida 32854-7248
Telephone: (407) 649-9974
Facsimile: (407) 649-9379

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE