UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff/Respondent in arbitration,　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO.: 05 11303 EFH

v.

BELLINGHAM MARINE and SULLIVAN
FLOTATION SYSTEMS, INC.,

    Defendants/Subpoenaed parties in arbitration.

## ANSWER TO COMPLAINT TO ENFORCE ARBITRATION SUBPOENAS

1. Sullivan Flotation Systems, Inc. ("Sullivan") has and at times relevant, no relationship with Southeast Floating Docks, Inc. ("Southeast"). Both companies are direct competitors in the supply of floating docks for the marine industry.

2. Sullivan denies allegations in paragraphs two, three, four and five.

3. Sullivan denies allegation in paragraph eight. Sullivan does not conduct, and did not at times relevant, conduct business in Barnstable County, Provincetown, Massachusetts.

4. Sullivan now and at times relevant, had no relationship with Bellingham Marine, ("Bellingham") another direct competitor in supply of floating docks for the marine industry.

5. Sullivan had no contact whatsoever with Plaintiff, the Town of Provincetown, Massachusetts, AGM Marine Contractors, Inc. ("AGM") or any third parties relative to the Town of Provincetown, at any time up to and through the alleged storm of December 2003. In September 2004 Sullivan was contacted by AGM to supply a quotation on various docks (via mail/fax received in Sullivan's New York location) to be used as replacement docks for MacMillan Pier, Provincetown, Massachusetts which docks AGM subsequently ordered in February 2005.

6. Sullivan denies Plaintiff allegation contained in paragraph 15 that Sullivan refused to provide information. Sullivan provided the referenced purchase order of docks from AGM (see attached exhibit A). Sullivan denies Plaintiff offered any "assurance" to Sullivan that any information would be kept confidential. Both Bellingham and Southeast are direct competitors of Sullivan in an extremely competitive industry. In fact Plaintiff attached the purchase order to their complaint which was also sent to direct competitor Bellingham by Plaintiff, thereby passing on pricing information of Sullivan's to one of its direct competitors.

7. Sullivan denies allegation contained in paragraph 17 that Plaintiff "has done everything in its power", (other than threaten Sullivan with their filing of a complaint) to work out any resolution, even though it is Plaintiffs responsibility to seek resolutions to discovery disputes per local rule 37.1.

8. Plaintiff did not request a discovery conference per local rule 37.1.

9. Sullivan denies each and every allegation contained in paragraphs Eighteen, Nineteen and Twenty.

WHEREFORE, Defendant Sullivan demands judgement dismissing Plaintiff's complaint against Defendant.

Defendant Sullivan seeks a reprimand against Plaintiff for its callous disregard of Defendants' proprietary pricing information.

Dated:   July 15, 2005

SULLIVAN FLOTATION SYSTEMS, INC.

_____
Robert M. Sullivan, PRO SE
Vice President
P.O. Box 639
3 Chancellor Lane
Warwick, New York  10990
Telephone:   (845) 986-7377
Facimile:      (845) 986-8531

I hereby certify that a true copy of the above document was served upon Rosemary H. Hayes, attorney of record for Plaintiff by facimile and postal service on July 15, 2005.

_____  7-15-05
Robert M. Sullivan, PRO SE     July 15, 2005

**AGM marine contractors, inc.**
30 echo road
mashpee, ma 02649
tel. 508/477/8801 fax 508/477/8804

*"EXHIBIT A"*

| PURCHASE ORDER #: | 72400-63.89 |

THIS ORDER NUMBER MUST APPEAR ON ALL PAPERS AND PACKAGES THAT ARE RELATIVE TO THIS ORDER.

0001                                    DIRECT

BILL TO:
AGM MARINE CONTRACTORS, INC.
30 ECHO ROAD
MASHPEE, MA 02649

HEAVY DUTY FLOATS

VENDOR:
126075
SULLIVAN FLOATATION SYSTEMS, INC.
P.O. BOX 639
WARWICK, NY 10990

SHIP TO:
072400
MacMillan Pier
Lopes Square
Provincetown, MA 02657

| ORDER DATE | SHIP VIA | FOB | TERMS | EXP'D DATE |
|---|---|---|---|---|
| 02/24/05 | YOUR TRUCK | JOBSITE | Net 30 | ASAP |

| ITEM NUMBER | QUANTITY | DESCRIPTION | UNIT COST | U/M | AMOUNT |
|---|---|---|---|---|---|
| A | 21.00 | 6' x 40' FINGERS | 4591.429 | EA | 96420. |
| B | 1680.00 | WHITE VINYL DOCK FENDER | 2.25000 | LF | 3780. |
| C | 21.00 | CUSTOM HINGE SETS | 200.0000 | EA | 4200. |
| D | 21.00 | 4 ROLLER REMOVABLE EXTERNAL PILE GUIDES | 175.0000 | EA | 3675. |
| E | -1.00 | DISCOUNT | 2000.000 | EA | -2000. |

SYSTEM TYPE: HEAVY DUTY SULL-FLOAT MARINA SYSTEM-30 LB/SFT LIVELOAD

PRICE INCLUDES:
-- FREIGHT TO SITE, PURCHASER PROVIDES OFF-LOADING
-- ALL DOCKS DELIVERED COMPLETE AND READY FOR INSTALLATION
-- 12" GALVANIZED MOORING CLEATS AND ATTACHMENT HARDWARE
-- THE LARGEST UTILITY RACEWAYS IN THE INDUSTRY
-- UTILITY ACCESS PANELS - 10' - 12' FULL WIDTH ON CENTER
-- HIGH IMPACT RESISTANT POLYETHYLENE FLOATS WITH FOAM CORE
-- GRADE #1, 2" x 6" DECK
-- MECHANICALLY LAMINATED TRIPLE THICK BEAMS
-- STEEL CROSS BRACES FULL WIDTH GALVANIZED, 10' CENTER TO CENTER AT ALL FINGER AND PILE LOCATIONS
-- ANTI-TORSION TRUSS SYSTEM THROUGHOUT
-- SUBMITTAL AND ENGINEER CALCULATIONS

10% DUE UPON SIGNING OF CONTRACT, BALANCE DUE 30 DAYS AFTER DELIVERY

THIS PROJECT IS TAX EXEMPT. A TAX EXEMPT CERTIFICATE IS ENCLOSED. CERTIFICATES OF COMPLIANCE MUST BE SUBMITTED PRIOR TO FINAL PAYMENT. ANY MATERIALS TO BE USED ON THIS PROJECT WHICH REQUIRE MATERIAL SAFETY DATA SHEETS (MSDS) MUST BE ACCOMPANIED BY THE MATERIAL WHEN DELIVERED TO THE SITE, AND A COPY SENT TO AGM'S MAIN OFFICE PRIOR TO THE MATERIAL BEING USED.

Total Amt: 106075.0

CONFIRM: N

John Mikutowicz
VENDEE

VENDOR

**CONDITIONS**
1. Vendor's Acceptance of this order is hereby made expressly conditional upon its assent to and acceptance of all terms and conditions on the front and reverse sides of this purchase order and any additional or different terms and conditions proposed by Vendor are expressly rejected.
2. This Purchase Order must be executed and returned to Vendee within ten days after the date it was mailed to the Vendor and in the event that it is not returned, Vendor agrees to be bound by its terms at the election of Vendee.
3. Delivery shall be ex-truck job site unless otherwise designated in the Purchase Order.

ADDITIONAL CONDITIONS ON REVERSE SIDE