UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOUTHEAST FLOATING DOCKS, INC.,

    Plaintiff/Respondent in arbitration,    CIVIL ACTION
                                                                 NO.: 05 11303 EFH

v.

BELLINGHAM MARINE and SULLIVAN
FLOTATION SYSTEMS, INC.,

    Defendants/Subpoenaed parties in arbitration.

### ANSWER TO PLAINTIFF'S MOTION FOR SHORT ORDER NOTICE

1. Defendant, Sullivan Flotation Systems, Inc. ("Sullivan") denies allegations in paragraph three of Plaintiff's Southeast Floating Docks, Inc. ("Southeast") Motion for Short Order notice. Plaintiff did not at any time agree to limit information requested. No agreement to redaction of information has been offered by Plaintiff, orally or in writing.

2. Defendant Sullivan is not a party in the arbitration case between Plaintiff Southeast and AGM Marine, Inc. ("AGM"). which the disputed subpoena for documents comes from.

3. Sullivan complied with the subpoena by providing a copy of a purchase order for docks from Sullivan to be supplied to AGM, the cost of which AGM is apparently trying to recover from Southeast through arbitration.

4. Plaintiff, Southeast, is a direct competitor of Defendant, Sullivan.

5. Plaintiff is requesting additional confidential pricing and cost data from Sullivan and "any method of determining price" when Sullivan and AGM have already provided AGM's cost of the Sullivan docks to the Plaintiff by providing a copy of the purchase order.

6. Plaintiff is requesting Sullivan's confidential and proprietary "specifications, design parameter, plans and any other similar documents". These documents have no bearing and at times relevant, had no bearing whatsoever on Plaintiffs' arbitration case with AGM. If Plaintiff chooses, it can hire an expert witness (i.e. a professional engineer from the marine industry) to examine docks currently used at MacMillan Pier, Provincetown. Defendant Sullivan should not have to bear the burden of this exercise and compromise its proprietary information at the same time.

7. Plaintiff has already requested and received documents from AGM relating to AGM's dock purchase from Sullivan.

WHEREFORE, Sullivan respectfully requests that this Court deny Plaintiff's request to compel defendant to provide any further documentation as requested per the subpoena in question.

Dated:   July 15, 2005

SULLIVAN FLOTATION SYSTEMS, INC.

_____
Robert M. Sullivan, PRO SE
Vice President
P.O. Box 639
3 Chancellor Lane
Warwick, New York  10990
Telephone:  (845) 986-7377
Facimile:     (845) 986-8531

I hereby certify that a true copy of the above document was served upon Rosemary H. Hayes, attorney of record for Plaintiff by facimile and postal service on July 15, 2005.

_____
Robert M. Sullivan, PRO SE     July 15, 2005