UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SOUTHEAST FLOATING DOCKS, INC.,
        Plaintiff

        v.                                   CIVIL ACTION NO.:
                                            05-11303-EFH

BELLINGHAM MARINE and SULLIVAN
FLOTATION SYSTEMS, INC.,
        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

July 19, 2005

HARRINGTON, S.D.J.

      The Court granted Plaintiff's Motion for Short Order of Notice, and a hearing on Plaintiff Southeast Floating Docks, Inc.'s Complaint to Enforce Arbitration Subpoenas was held on July 19, 2005. The plaintiff, in open court, dismissed its Complaint against the Defendant Sullivan Flotation Systems, Inc. After hearing, the Court dismisses plaintiff's Complaint to Enforce Arbitration Subpoena against the Defendant Bellingham Marine on the ground that the documents already provided by Defendant Bellingham Marine sufficiently complies with plaintiff's arbitration subpoena.

      This case is ordered dismissed.

      SO ORDERED.

                                            /s/ Edward F. Harrington
                                            EDWARD F. HARRINGTON
                                            United States Senior District Judge